**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                    CHAPTER 13 NO.:

KENNETH WILSON                                                                 19 – 03217 – NPO

**RULE 3011 LIST OF UNCLAIMED FUNDS,**
**CLAIMANTS AND AMOUNTS**

      COMES NOW Trustee, Harold J. Barkley, Jr., pursuant to 11 U.S.C. §347 and Rules 3010(a) and 3011 FRBP, and filed the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Kenneth Wilson | 2642 James Road Pickens, MS 39146 | $ 666.00 |

      THAT, this check was sent to the above named Debtor at the address listed above, which is the address listed on the Debtors schedules, that said check has not been presented for payment or returned by the U. S. Postal Service and has been voided.

      WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

Dated:    July     17    , 2020

      Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

      I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee                                             Hon. Gregory K. Davis
ustpregion05.ja.ecf@usdoj.gov                                gdavis@dgwlaw.com

Kenneth Wilson
2642 James Road
Pickens, MS 39146

Dated:   July    17   , 2020

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.